No. 96–9468. JORDAN *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL INSTITUTION. C. A. 8th Cir. Certiorari denied.

No. 96–9469. MURRAY *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–9471. CUNNINGHAM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9472. ORTLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9473. SADEGHY *v.* KERNAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–9474. SMITH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–9475. BANKS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 96–9476. ANTONELLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9477. BATISTA *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–9478. REUTTER *v.* CRANDEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–9481. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9482. TAYLOR *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 96–9483. WOODHOUSE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9484. TACKETT *v.* DISCENZA ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–9485. RICHARDSON *v.* OLD REPUBLIC SURETY CO. C. A. D. C. Cir. Certiorari denied.